UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| v. | ] | |
| | ] | CASE NO. 4:20-CR-81 |
| TIMOTHY TOMMY STRICKLAND, | ] | |
| A/K/A BO STRICKLAND. | ] | |

ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Whereas Tom A. Peterson IV, counsel for Timothy Tommy Strickland in the above-styled case, filed his Motion for Leave of Absence herein in which he properly requested leave of absence from this Court for the period of time covering May 21, 2021 and May 24-25, 2021, family vacation and June 21-25, 2021, family vacation, it is hereby ordered and adjudged that said Motion for Leave of Absence is **GRANTED** regarding the foregoing dates.

So ordered, this 12th day of February, 2021.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

Order prepared by:
Tom A. Peterson IV
GA Bar No. 574545
Attorney for Timothy Tommy Strickland
The Law Firm of Tom A. Peterson IV, LLC
P.O. Box 2037
104 South West Main Street
Vidalia, Georgia 30475
(o) 912.537.6388
(f)  912.537.6391
Email: tom@petersonfirm.net

1